# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:11CR17 |
| Plaintiff, | |
| vs. | ORDER |
| ERIC LOZANO, | |
| Defendant. | |

This matter is before the court on the Defendant's Motion to Review Detention (#36). The motion is denied as untimely filed. The magistrate judge's Findings and Recommendation (#29) on defendant's Motion to Suppress are still pending before Chief Judge Joseph F. Bataillon.

**IT IS ORDERED**, that Defendant's Motion to Review Detention (#36) is denied as untimely filed, without prejudice to refiling after the ruling on the Findings and Recommendation by Chief Judge Joseph F. Bataillon.

Dated this 29th day of March 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge